UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN RE:

    DANIEL R. DISKIN AND
    KAREN L. DISKIN FKA
    KAREN L. MOURADIAN

CASE NO. 12-44049-MBM
CHAPTER 7
HONORABLE MARCI B. MCIVOR

    DEBTORS
_____/

WADE J. SPURLIN
Attorney for Debtors
P.O. Box 214033
Auburn Hills, MI 48321-4033
(248) 918-0392

CRAIG S. SCHOENHERR, SR. (P32245)
Attorney for Creditor
O'REILLY RANCILIO P.C.
12900 Hall Road, Suite 350
Sterling Heights, MI 48313-1151
(586) 726-1000
_____/

**MOTION OF ONEWEST BANK, FSB AS SERVICER FOR DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE OF THE RESIDENTIAL ASSET SECURITIZATION TRUST 2005-A13 FOR RELIEF FROM THE AUTOMATIC STAY**

    OneWest Bank, FSB as servicer for Deutsche Bank National Trust Company, as Trustee of the Residential Asset Securitization Trust 2005-A13 (the Creditor), pursuant to 11 U.S.C. § 361-363 and L.B.R. 9014-1 and 4001-1 (E.D.M.), moves for relief from the Automatic Stay to permit foreclosure of its interest in the Debtors' real estate located at 26124 Meadow Drive, Franklin Village, Michigan 48025 and described on the attached exhibits.

    1.    This Court has jurisdiction over the proceeding pursuant to 28 U.S.C. §1334 and § 157.

2. Debtors filed a Voluntary Petition for Relief under Chapter 7 of the Bankruptcy Code on February 22, 2012.

3. The Creditor holds a mortgage on the above real estate (Exhibit 6).

4. The Creditor is the first mortgagor on the property. Upon information and belief, Bank of America holds a second mortgage on the property with a balance of approximately $53,061.00.

5. There is an outstanding balance owing to the Creditor under the terms of the Mortgage and Note dated July 18, 2005 of $435,314.46. The value of the property is approximately $300,000.00.

6. The account is past due for the June 1, 2011 payment for a total past due of $30,624.27.

7. The Creditor has been unable to verify homeowner's insurance on the property.

8. Movant specifically requests permission from this Honorable Court to communicate with the Debtors and Debtors' counsel to the extent necessary to comply with applicable non-bankruptcy law.

9. The Order for Relief from Automatic Stay is attached as Exhibit 1.

10. Concurrence of opposing counsel in the relief sought was requested on March 13, 2012, and no response was received.

In conclusion, the Creditor respectfully requests the entry of an Order (Exhibit 1) pursuant to 11 U.S.C. § 362(d), granting relief from the Automatic Stay and allowing the Creditor to take all other action necessary to protect its interest in the real estate.

*/s/ Craig S. Schoenherr, Sr.*
_____
CRAIG S. SCHOENHERR, SR. (P32245)
Attorney for Creditor
12900 Hall Road, Suite 350
Sterling Heights, MI 48313-1151
(586) 726-1000
ecf@orlaw.com

DATED: March 13, 2012

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN RE:

    DANIEL R. DISKIN AND
    KAREN L. DISKIN FKA
    KAREN L. MOURADIAN

CASE NO. 12-44049-MBM
CHAPTER 7
HONORABLE MARCI B. MCIVOR

    DEBTORS
_____/

**ORDER FOR RELIEF FROM AUTOMATIC STAY AS TO ONEWEST BANK, FSB AS SERVICER FOR DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE OF THE RESIDENTIAL ASSET SECURITIZATION TRUST 2005-A13**

OneWest Bank, FSB as servicer for Deutsche Bank National Trust Company, as Trustee of the Residential Asset Securitization Trust 2005-A13 (the Creditor), a creditor with an interest in the property located at 26124 Meadow Drive, Franklin Village, Michigan 48025, filed its Motion for Relief from the Automatic Stay; no parties filed an objection to the motion pursuant to the Notice of Motion; and the Certificate of No Response has been filed in this motion.

IT IS ORDERED that:

1)    The Automatic Stay of 11 U.S.C. §362(a) is terminated as to the interest of OneWest Bank, FSB as servicer for Deutsche Bank National Trust Company, as Trustee of the Residential Asset Securitization Trust 2005-A13 in the property at 26124 Meadow Drive, Franklin Village, Michigan 48025.

2)    The Creditor is free to pursue its state law remedies with respect to its interest in the subject property.

3)    The provisions of the Bankruptcy Rule 4001 (a) (3) are waived and the Order shall be in full force and effect upon entry.

4) Movant shall be permitted to communicate with the Debtors and Debtors' counsel to the extent necessary to comply with applicable non-bankruptcy law.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN RE:
    DANIEL R. DISKIN AND
    KAREN L. DISKIN FKA
    KAREN L. MOURADIAN                         CASE NO. 12-44049-MBM
                                                                                   CHAPTER 7
                                                                                   HONORABLE MARCI B. MCIVOR

    DEBTORS
_____/

**NOTICE OF MOTION OF ONEWEST BANK, FSB AS SERVICER FOR DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE OF THE RESIDENTIAL ASSET SECURITIZATION TRUST 2005-A13 FOR RELIEF FROM THE AUTOMATIC STAY**

    OneWest Bank, FSB as servicer for Deutsche Bank National Trust Company, as Trustee of the Residential Asset Securitization Trust 2005-A13 has filed papers with the court to terminate the Automatic Stay.

    **<u>Your rights may be affected</u>**. **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one).**

    If you do not want the court to terminate the Automatic Stay, or if you want the court to consider your views on the above motion, within 14 days, you or your attorney must:

    1.    File with the court a written response or an answer, explaining your position, at:

            Clerk of the Court
        United States Bankruptcy Court
        211 W. Fort St., 21st Floor
            Detroit, MI 48226

    If you mail your response to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.
    You must also mail a copy to:

| CRAIG S. SCHOENHERR, SR. (P32245) | KAREN E. EVANGELISTA |
|---|---|
| Attorney for Creditor | Trustee |
| O'REILLY RANCILIO P.C. | 439 South Main, Suite 250 |
| 12900 Hall Road, Suite 350 | Rochester, MI 48307 |
| Sterling Heights, MI 48313-1151 | |

3

2. If a response or answer is timely filed and served, the clerk will schedule a hearing on the motion and you will be served with a notice of the date, time, and location of the hearing.

**If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.**

Date: March 13, 2012    */s/ Craig S. Schoenherr, Sr.*
_____
CRAIG S. SCHOENHERR, SR. (P32245)
Attorney for Creditor
12900 Hall Road, Suite 350
Sterling Heights, MI 48313-1151
(586) 726-1000
ecf@orlaw.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN RE:
    DANIEL R. DISKIN AND
    KAREN L. DISKIN FKA
    KAREN L. MOURADIAN                      CASE NO. 12-44049-MBM
                                                              CHAPTER 7
                                                              HONORABLE MARCI B. MCIVOR

    DEBTORS
_____/

WADE J. SPURLIN
Attorney for Debtors
P.O. Box 214033
Auburn Hills, MI 48321-4033
(248) 918-0392

CRAIG S. SCHOENHERR, SR. (P32245)
Attorney for Creditor
O'REILLY RANCILIO P.C.
12900 Hall Road, Suite 350
Sterling Heights, MI 48313-1151
(586) 726-1000
_____/

**BRIEF IN SUPPORT OF MOTION OF ONEWEST BANK, FSB AS SERVICER FOR DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE OF THE RESIDENTIAL ASSET SECURITIZATION TRUST 2005-A13 FOR RELIEF FROM THE AUTOMATIC STAY**

The Creditor, OneWest Bank, FSB as servicer for Deutsche Bank National Trust Company, as Trustee of the Residential Asset Securitization Trust 2005-A13, in support of its Motion for Relief from the Automatic Stay, relies on 11 U.S.C. § 361-363 and L.B.R. 9014-1 and 4001-1 (E.D.M.).

                                                  */s/ Craig S. Schoenherr, Sr.*
                                                  _____
                                                  CRAIG S. SCHOENHERR, SR. (P32245)
                                                  Attorney for Creditor
                                                  12900 Hall Road, Suite 350
                                                  Sterling Heights, MI 48313-1151
                                                  (586) 726-1000
                                                  ecf@orlaw.com

DATED: March 13, 2012

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN RE:
    DANIEL R. DISKIN AND
    KAREN L. DISKIN FKA
    KAREN L. MOURADIAN                           CASE NO. 12-44049-MBM
                                                                             CHAPTER 7
                                                                             HONORABLE MARCI B. MCIVOR

    DEBTORS
_____/

WADE J. SPURLIN
Attorney for Debtors
P.O. Box 214033
Auburn Hills, MI 48321-4033
(248) 918-0392

CRAIG S. SCHOENHERR, SR. (P32245)
Attorney for Creditor
O'REILLY RANCILIO P.C.
12900 Hall Road, Suite 350
Sterling Heights, MI 48313-1151
(586) 726-1000
_____/

**PROOF OF SERVICE OF MOTION OF ONEWEST BANK, FSB AS SERVICER FOR DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE OF THE RESIDENTIAL ASSET SECURITIZATION TRUST 2005-A13 FOR RELIEF FROM THE AUTOMATIC STAY**

    Craig S. Schoenherr, Sr., being duly sworn, says that on the 13th day of March, 2012, a copy of the Motion of OneWest Bank, FSB as servicer for Deutsche Bank National Trust Company, as Trustee of the Residential Asset Securitization Trust 2005-A13 for Relief from the Automatic Stay, Brief in Support, Notice of Motion and this Proof of Service was served upon:

| | |
|---|---|
| Karen E. Evangelista | Daniel R. Diskin and Karen L. Diskin |
| Trustee | fka Karen L. Mouradian |
| 439 South Main, Suite 250 | 26124 Meadow Dr. |
| Rochester, MI 48307 | Franklin, MI 48025 |
| | |
| Wade J. Spurlin | Bank of America, N.A. |
| Attorney at Law | 450 American St. |
| P.O. Box 214033 | Simi Valley, CA 93065 |
| Auburn Hills, MI 48321-4033 | |

2

electronically pursuant to the court notice of service, and to those not electronically registered, by placing documents in an envelope, correctly addressed and placing same in the United States Mail with postage prepaid.

                                          */s/ Craig S. Schoenherr, Sr.*
                                          _____
                                          CRAIG S. SCHOENHERR, SR. (P32245)
                                          Attorney for Creditor
                                          12900 Hall Road, Suite 350
                                          Sterling Heights, MI  48313-1151
                                          (586) 726-1000
                                          ecf@orlaw.com