UNITED STATES BANKRUPTCY COURT
EASTERN DIVISION OF MICHIGAN
SOUTHERN DIVISION - DETROIT

In the Matter of:

DANIEL R. DISKIN and      Case No. 12-44049-MBM
KAREN L. DISKIN,     Chapter 7
                         HON. MARCI B MCIVOR

         Debtors.
_____ /

## WITHDRAWAL OF TRUSTEE'S REPORT OF NO DISTRIBION

NOW COMES Karen E. Evangelista, Trustee of the above-captioned Debtor, and does hereby withdraw her Trustee's Report of No Distribution filed by ECF on December 30, 2012.

                                           */s/Karen Evangelista* (P36144)
                                           Karen E. Evangelista, Chapter 7 Trustee
                                             439 S. Main St., Suite 250
                                             Rochester, MI 48307
                                             (248) 652-7992
                                             brewera@1008@yahoo.com

Dated: January 11, 2013