# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

| Case No.: | 12-44049-MBM | Trustee Name: | Karen E. Evangelista |
|---|---|---|---|
| Case Name: | DISKIN, DANIEL R. AND DISKIN, KAREN L. | Date Filed (f) or Converted (c): | 02/22/2012 (f) |
| For the Period Ending: | 12/31/2012 | §341(a) Meeting Date: | 03/28/2012 |
| | | Claims Bar Date: | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| **Ref. #** | | | | | |
| 1. Residence located at 26124 Meadow Dr. Franklin, Michigan 48025 SEV: $176,330.00 Foreclosure sale scheduled for 2-28-12 | $300,000.00 | $0.00 | | $0.00 | FA |
| 2. In possession of debtor husband. | $20.00 | $0.00 | | $0.00 | FA |
| 3. In possession of debtor wife. | $20.00 | $0.00 | | $0.00 | FA |
| 4. Checking account at Comerica Bank Account number: 5516 | $10.00 | $0.00 | | $0.00 | FA |
| 5. Savings account at Comerica Bank Account number:7357 | $10.00 | $0.00 | | $0.00 | FA |
| 6. Various household goods. Debtors have no particular item valued greater than $550.00. Location: 26124 Meadow Dr., Franklin MI 48025 | $5,865.00 | $0.00 | | $0.00 | FA |
| 7. Non-collectible decorative art. Location: 26124 Meadow Dr., Franklin MI 48025 | $425.00 | $0.00 | | $0.00 | FA |
| 8. Various items of husband's clothing with no particular item valued greater than $550.00. Location: 26124 Meadow Dr., Franklin MI 48025 | $1,015.00 | $0.00 | | $0.00 | FA |
| 9. Various items of wife's clothing with no particular item valued greater than $550.00. Location: 26124 Meadow Dr., Franklin MI 48025 | $535.00 | $0.00 | | $0.00 | FA |
| 10. Wrist watch: $1,000.00 Wedding band: $500.00 | $1,500.00 | $0.00 | | $0.00 | FA |
| 11. Wrist watch: $1,000.00 Wedding band: $3,000.00 Rings: $75.00 Bracelet: $300.00 Necklaces: $500.00 Various items of costume jewelry: $75.00 | $4,950.00 | $0.00 | | $0.00 | FA |
| 12. Two bicycles: $200.00 Camera: $125.00 Video camera: $140.00 Table hockey: $500.00 Bumper pool: $400.00 | $1,365.00 | $0.00 | | $0.00 | FA |

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Page No: 2

| Case No.: | 12-44049-MBM | Trustee Name: | Karen E. Evangelista |
|---|---|---|---|
| Case Name: | DISKIN, DANIEL R. AND DISKIN, KAREN L. | Date Filed (f) or Converted (c): | 02/22/2012 (f) |
| For the Period Ending: | 12/31/2012 | §341(a) Meeting Date: | 03/28/2012 |
| | | Claims Bar Date: | |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 13 | Term life insuance policy through Protective Life Insurance. No cash value | $1.00 | $0.00 | | $0.00 | FA |
| 14 | 401(k) through John Hancock . Scheduled for disclosure purposes only, not property of the estate per sec. 541(c)(2) and Patterson v. Shumate, 504 U.S. 753, 758 (1992). | $120,237.51 | $0.00 | | $0.00 | FA |
| 15 | Ameriprise Financial account. (CITIGROUP INC & FORD MOTOR COMPANY) | $4,488.29 | $0.00 | | $0.00 | FA |
| 16 | Funds garnished from Comerica Bank accounts 5516 & 7357 | $48.00 | $0.00 | | $0.00 | FA |
| 17 | Prorated portion of 2010 tax refund. | $5,000.00 | $0.00 | | $0.00 | FA |
| 18 | Equitable interest in 2010 Chrysler Town & Country with approximately 17,000 miles. Kelley Blue Book estimated private party value of $18,433.00. Vehicle is titled in name of Debtor's mother. Debtor's make payment. | $18,433.00 | $0.00 | | $0.00 | FA |

**TOTALS (Excluding unknown value)**    **Gross Value of Remaining Asset**

| | | | | |
|---|---|---|---|---|
| $463,922.80 | $0.00 | | $0.00 | $0.00 |

**Major Activities affecting case closing:**

11/17/2012    Trustee is investigating value of real estate.

| Initial Projected Date Of Final Report (TFR): | 02/22/2014 | Current Projected Date Of Final Report (TFR): | 02/22/2014 | /s/ KAREN E. EVANGELISTA |
|---|---|---|---|---|
| | | | | KAREN E. EVANGELISTA |